cc: ∅

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 15 2019

at __7__ o'clock and __45__ min. __A__ M
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

**Request for Media Blogging**

The undersigned requests that the court allow blogging during the proceeding(s) described below. Requests must be emailed to the presiding judge's email address for orders. For matters calendared at least 28 days in advance, requests must be received by the court 14 days prior to the start of the proceeding. For matters calendared less than 28 days in advance, requests must be made as soon as practicable.

Case Name: _U.S. v KATHerine KealoHA eT AL_ Case No. _17-00582 JMS_

Presiding District or Magistrate Judge: _J. MICHAEL SEABright_

Media Outlet: _HoNoluLu STAR- ADVERTISER_

Representative(s): _SEE ATTACHED_

Email Address To Send Completed Request Form: _DNAKASO @ STARADVERTISER.coM_

☒ Permission being sought for the following hearing(s):

| Date | Time | Hearing Type |
|---|---|---|
| MAY 22 | | OpeNing STATEMENTS |
| AND ALL | FuTure | HEArINGS |
| | | |
| | | |
| | | |

DATED: _5/14/19_  SIGNATURE: _[signature]_

PRINTED NAME: _DAN NAKASO_

IT IS SO ORDERED.

☑ APPROVED  ☐ APPROVED AS MODIFIED  ☐ DENIED

DATED: _5/14/2019_  _[signature]_

J. MICHAEL SEABRIGHT

U. S. DISTRICT JUDGE

Honolulu Star-Advertiser representatives requesting "media blogging":

Dan Nakaso
Nelson Daranciang
William Cole
Kristen Consillio
Susan Essoyan
Leila Fujimori
Andrew Gomes
Tim Hurley
Rob Perez
Allison Schaefers
Rob Shikina
Michael Tsai
Nina Wu
Kevin Dayton
Sophie Cocke
Gordon Pang
Mark Ladao