# MINUTE ORDER

CASE NUMBER:     1:17-CR-00582-JMS-WRP

CASE NAME:     United States of America v. Katherine P. Kealoha, et al.

JUDGE:   J. Michael Seabright     DATE:   05/15/2019

COURT ACTION:   EO:   On May 10, 2019, Lynn Kawano filed her Motion to Strike Journalist Lynn Kawano from Witness List.  ECF No. 582.  All parties have filed statements of no opposition to the Motion to Strike.  ECF Nos. 585, 586, 588, 601, 606, 607.  Accordingly, the court GRANTS the Motion to Strike, ECF No. 582.  The hearing on the Motion to Strike set May 16, 2019 at 9:30 a.m. is VACATED.  The hearing on Katherine and Louis Kealoha's Fifth Motion in Limine, ECF No. 575, is advanced to 9:30 a.m. on May 16, 2019.

Submitted by: Renee L.F. Honda, Courtroom Manager