IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL SELLERS (6),<br><br>Defendant. | Cr. No. 17-00582 JMS-WRP<br><br>ORDER GRANTING THE UNITED STATES' MOTION TO DISMISS REMAINING COUNTS AGAINST DEFENDANT DANIEL SELLERS |

## ORDER GRANTING THE UNITED STATES' MOTION TO DISMISS

The United States has moved to dismiss the remaining counts against defendant Daniel Sellers that are pending in the indictment and first superseding indictment in Cr. No. 17-00582 JMS-WRP.  For the reasons stated in the United States' motion to dismiss, the Court hereby grants the United States' motion to dismiss Counts 4 and 8 in the indictment and Counts 4s and 11s in the first superseding indictment against defendant Daniel Sellers in CR No. 17-00582 JMS-WRP.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, December 17, 2020.



/s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge